**Edwin J. Evans, appellant, v. James J. Kelly, executor under the last will and testament of Rosa A. Benson, deceased, and Provident Life and Trust, appellees. Gen. No. 27,097.**
Suit to foreclose a mechanic's lien. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon.

(593)

Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Aaron R. Eppstein, for appellant. James F. Burns and Winston, Strawn & Shaw, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.